# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| Nichia Corporation<br><br>                    Plaintiff,<br><br>v.<br><br>Everlight Electronics Co., Ltd, *et al*<br><br>                    Defendants. | CIVIL ACTION NO. 2:13-cv-702 JRG |

### ORDER GRANTING
### UNOPPOSED MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, **Everlight Electronics Co., Ltd.** and **Everlight Americas, Inc. ("Everlight")**, without waiving any defenses or any matters that might be presented pursuant to FEDERAL RULE OF CIVIL PROCEDURE 12(B) or any other rule or law, filed an unopposed motion to extend time to respond to Plaintiff's Complaint up to and including **December 3, 2013**. In the agreement for an extension of time to respond for Everlight Americas, Inc., Everlight Electronics Co., Ltd. agreed to waive service of summons. It is therefore,

ORDERED that **Everlight Electronics Co., Ltd.** and **Everlight Americas, Inc. ("Everlight")** have up to and including **December 3, 2013,** to answer, move, or otherwise respond to Plaintiff's Complaint.