IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NICHIA CORPORATION | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO.  2:13-CV-702-JRG |
| | § | |
| EVERLIGHT ELECTRONICS CO., LTD. | § | |
| et al | § | |
| *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated by David Folsom on Tuesday, November 18, 2014, between Plaintiff, Nichia Corporation, and Defendants, Everlight Electronics Co., Ltd., Everlight Americas, Inc., Zenaro Lighting, Inc., and Zitroz LLC.  The mediation ended at an impasse.

Signed this 18th day of November 2014.

　　　　　　　　　　　　　　　　　　　　　　*/s/  David Folsom* _____
　　　　　　　　　　　　　　　　　　　　　　David Folsom
　　　　　　　　　　　　　　　　　　　　　　TXBN: 07210800
　　　　　　　　　　　　　　　　　　　　　　JACKSON WALKER, LLP
　　　　　　　　　　　　　　　　　　　　　　6002-B Summerfield Drive
　　　　　　　　　　　　　　　　　　　　　　Texarkana, Texas  75503
　　　　　　　　　　　　　　　　　　　　　　Telephone: (903) 255-3250
　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (903) 255-3265
　　　　　　　　　　　　　　　　　　　　　　E-mail:  dfolsom@jw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 18th day of November 2014.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

　　　　　　　　　　　　　　　　　　　　　　*/s/  David Folsom* _____
　　　　　　　　　　　　　　　　　　　　　　David Folsom