IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NICHIA CORPORATION,** <br><br> Plaintiff, <br><br> v. <br><br> **EVERLIGHT ELECTRONICS CO., LTD., EVERLIGHT AMERICAS, INC., ZENARO LIGHTING, INC., and ZITROZ LLC** <br><br> Defendants. | C.A. No. 2:13-CV-702 <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Defendants Everlight Electrincs Co., Ltd., Everlight Americas, Inc., Zenaro Lighting, Inc., and Zitroz LLC ("Defendants") respectfully request that Michael Tomasulo, David Lin, Gino Cheng, Michael Brody, and Tyler VanHoutan of Winston & Strawn LLP be permitted to withdraw as counsel of record for Defendants in this matter. The reason for this request is that counsel who have appeared for Defendants in this matter at Vasquez Benisek & Lindgren LLP will now represent Defendants in the above-styled action in place of the above counsel at Winston & Strawn LLP. The granting of this motion imposes no delay and will not affect any deadlines in the case. Further, the clerk is requested to terminate all CM/ECF notifications as to Michael Tomasulo, David Lin, Gino Cheng, Michael Brody, and Tyler VanHoutan for this action.

DATED: February 25, 2015　　　　　Respectfully submitted,

By: */s/ Michael A. Tomasulo*_____

Michael A. Tomasulo
David K Lin
Gino Cheng
Michael L Brody
Tyler T. VanHoutan
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700
mtomasulo@winston.com
dlin@winston.com
mbrody@winston.com
tvanhoutan@winston.com

Melissa R. Smith
State Bar No. 24001351
GILLIAM & SMITH
303 S. Washington Avenue
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant and counsel for Plaintiff conferred and Plaintiff does not oppose this motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 25, 2015.

*/s/ Melissa R. Smith*
Melissa Richards Smith