# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NICHIA CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>EVERLIGHT ELECTRONICS CO., LTD., EVERLIGHT AMERICAS, INC., ZENARO LIGHTING, INC., and ZITROZ LLC,<br><br>    Defendant. | Case No. 2:13-cv-00702-JRG |

## STIPULATION REGARDING REPRESENTATIVE PRODUCTS

In order to streamline the issues at trial, Plaintiff Nichia Corporation ("Plaintiff") and Defendants Everlight Electronics Co., Ltd. and Everlight Americas, Inc. (collectively, "Defendants"), by and through counsel, have stipulated that each of the accused Everlight products listed in the attached Exhibit 1 is representative of the other accused Everlight products in the same product series, as listed in the attached Exhibits 2-10, for the listed asserted claims. Plaintiff and Defendants further stipulate that only the IAL/TAEUS Reports listed on attached Exhibits 2-10 for the accused Everlight products listed on the attached Exhibit 1 will be used during the direct and cross examination of witnesses at trial.

By this stipulation, Plaintiff and Defendants agree that the determinations made by the Court with respect to a representative product apply to all of the additional accused Everlight products in the same product series as the representative product.

Dated: May 10, 2015

| STIPULATED AND AGREED TO: | STIPULATED AND AGREED TO: |
|---|---|
| Otis W. Carroll<br>Texas Bar No. 04893700<br>Collin M. Maloney<br>Texas Bar No. 00794219<br>Mandy Carroll Nelson<br>Texas Bar No. 24055270<br>IRELAND, CARROLL & KELLEY, P.C.<br>6101 South Broadway, Suite 500<br>Tyler, TX 75703<br>Telephone: (903) 561-1600<br>Facsimile: (903) 581-1071<br>Email: nancy@icklaw.com<br>Email: cmaloney@icklaw.com<br>Email: mnelson@icklaw.com<br><br>and<br><br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br><br>**/s/Martin M. Zoltick (by Collin Maloney)**<br>Robert P. Parker (admitted *pro hac vice*)<br>Martin M. Zoltick (admitted *pro hac vice*)<br>Michael H. Jones (admitted *pro hac vice*)<br>Chen Li (admitted *pro hac vice*)<br>607 14th Street, N.W. – Suite 800<br>Washington, D.C.  20005<br>Tel:  (202) 783-6040<br>Fax:  (202) 783-6031<br>Email: rparker@rfem.com, mzoltick@rfem.com, mjones@rfem.com, cli@rfem.com<br><br><br>*Attorneys for Plaintiff Nichia Corporation* | Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH<br>303 S. Washington Avenue<br>Marshall, TX 75670<br>((903) 934-8450<br>melissa@gillamsmithlaw.com<br><br>and<br><br>**/s/**Jeff Lindgren (by Collin Maloney)<br>Richard C. Vasquez<br>Jeff Lindgren (*pro hac vice*)<br>Steve Steinberg (*pro hac vice*)<br>Vasquez Benisek & Lindgren LLP<br>3685 Mt. Diablo Blvd. #300<br>Lafayette, CA 94549<br>(925) 627-4250 (main)<br>(925) 403-0900 (fax)<br><br>*Attorneys For Defendants/Counterclaimants Everlight Electronics Co., Ltd., Everlight Americas, Inc., Zenaro Lighting, Inc., and Zitroz LLC* |

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this documents via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 10th day of May, 2015.

                                         /s/ Collin Maloney