# EXHIBIT 1 - Infringement: Accused Products

| Accused Product Series | Representative Products | Accused Products (Asserted Patent) |
|---|---|---|
| XI3030 | **XI3030/KK3C-H2727R8S4S2Z15/2T** | Exhibit 2 ('250 patent) |
| XI3535 | **XI3535-KT577J1-03201-000P** | Exhibit 2 ('250 patent) |
| 62-217D | **62-217D/KK3C-H5050R2R5B42Z15/2T** | Exhibit 3 ('250 patent) |
| 62-257D | **62-257D/KK2D-H5050R1R4A4A7Z3/2T** | Exhibit 3 ('250 patent) |
| 45-21S | **45-21S/KK2C-S3535L7M3B2Z6/2T** | Exhibit 4 ('250 patent) |
| 61-238 | **61-238/LK2C-B28322FAGB2/ET** | Exhibit 5 ('589 patent) <br> Exhibit 7 ('870 patent) |
| 67-11 | **67-11/BHC-FQ2S1F/2T** | Exhibit 6 ('589 Patent) <br> Exhibit 8 ('870 patent) |
| 67-21 | **67-21/B7C-AS2U1N/2T** | Exhibit 6 ('589 Patent) <br> Exhibit 8 ('870 patent) |
| 62-217B | **62-217B/KK2C-S3030QAR2B42Z15/2T** | Exhibit 9 ('870 patent) |
| 62-227B | **62-227B/KK2C-N3030N4P3S2Z6/2T** | Exhibit 9 ('870 patent) |
| EHP-A09K | **EHP-A09K-BRTT-5670HDBEBD9K-1T8-AM** | Exhibit 10 ('870 patent) |

# EXHIBIT 2 - '250 Accused Products – XI3030 and XI3535

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Reports (PTX) | Asserted Claims |
|---|---|---|---|---|
| XI3030 | XI3030/KK3C-H2727R8S4S2Z15/2T | 128, 167, 267 | 458, 543, 545, 553, 556 | 1, 7, 17, and 21 |
| | XI3030/KK3C-H3030R8S4S2Z15/2T | 127, 168, 268 | 459, 553, 556 | 1, 7, 17, and 21 |
| XI3535 | XI3535-KT577J1-03201-000P | 126, 169, 269 | 460, 544, 546, 554, 555 | 1, 7, 17, and 21 |

# EXHIBIT 3 -'250 Accused Products — 62-217D and 62-257D

| Accused Product Series | Accused Products | Sample (PPTX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|
| 62-217D | 62-217D/KK3C-H5050R2R5B42Z15/2T | 123, 172, 272 | 463, 548 | 17, 19, and 21 |
| | 62-217D/KK2C-S2727PBR1B42Z15/2T | 137, 166, 266 | 457 | 17, 19, and 21 |
| | 62-217D/KK2C-S4040QAR2B42Z15/2T | 122, 173, 273 | 464 | 17, 19, and 21 |
| | 62-217D/QK2C-S6565R1R3B42Z15/2T | 124, 171, 271 | 462 | 17, 19, and 21 |
| 62-257D | 62-257D/KK2D-H5050R1R4A4A7Z3/2T | 125, 170, 270 | 461, 547 | 17, 19, and 21 |

# EXHIBIT 4 -'250 Accused Products – 45-21S

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Reports (PTX) | Asserted Claims |
|---|---|---|---|---|
| 45-21S | 45-21S/KK2C-S3535L7M3B2Z6/2T | 148, 256, 331 | 538, 549 | 17, 19, and 21 |
| | 45-21S/S5C-DV1V32126U3/2T(GE) | 150, 255 | 537 | 17, 19, and 21 |
| | 45-21S/KK2C-S5757L9N3B2Z6/2T | 149, 257, 332 | 539 | 17, 19, and 21 |

# EXHIBIT 5 -'589 Accused Products – 61-238

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claim |
|---|---|---|---|---|
| 61-238 | 61-238/LK2C-B28322FAGB2/ET | 82, 213, 296 | 503, 542 | 1 |
| | 61-238/LK2C-B45568F6GB2/ET | 58, 218, 300 | 507 | 1 |
| | 61-238/LK2C-B50632FAGB2/ET | 59, 219, 301 | 508 | 1 |
| | 61-238/LK2C-B50638F6GB2/ET | 60, 220, 302 | 509 | 1 |
| | 61-238/LK2C-B56706F4GB2/ET | 83, 212, 295 | 502 | 1 |
| | 61-238/QK2C-B28322FAGB2/ET | 61, 221, 303 | 510 | 1 |
| | 61-238/QK2C-B45562FAGB2/ET | 62, 222, 304 | 511 | 1 |
| | 61-238/KK2C-S30306F4GB2/ET | 63, 223, 305 | 512 | 1 |
| | 61-238/KK2C-S40408F6GB2/ET | 64, 224, 306 | 513 | 1 |
| | 61-238/RSGBB7C-B02/ET | 214 | 504 | 1 |
| | 61-238/RSGBB7C-B02/ET(ARM) | 139, 240 | 528 | 1 |

# EXHIBIT 6 -'589 Accused Products – 67-11 and 67-21

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claim |
|---|---|---|---|---|
| 67-11 | 67-11/BHC-FQ2S1F/2T | 84, 211, 294 | 501, 541 | 2 |
| | 67-11/GHC-AT2V1/2T | 210 | 500 | 2 |
| | 67-11/T1C-FV2W2F/2T | 86, 209, 293 | 499 | 2 |
| 67-21 | 67-21/B7C-AS2U1N/2T | 87, 208, 292 | 498, 540 | 2 |
| | 67-21/BHC-FP1Q2F/2T | 88, 207 | 497 | 2 |
| | 67-21/GBC-YV2W2N/2T | 89, 206 | 496 | 2 |
| | 67-21/GBC-YV2W2N/2A0 | 142, 243 | 531 | 2 |
| | 67-21/GHC-AS2U1B17Z/2T | 90, 205 | 495 | 2 |
| | 67-21/GHC-BV1/2T | 91, 204 | 494 | 2 |
| | 67-21/KK2C-S3030AC2CB2/2T | 92, 203, 291 | 493 | 2 |
| | 67-21/KK2C-S40402C4CB2/2T | 93, 202, 290 | 492 | 2 |
| | 67-21/KK2C-S4040AC2CB2/2T | 94, 201, 289 | 491 | 2 |
| | 67-21/L2C-W2630V2X1B29/2T | 129, 158, 258 | 449 | 2 |
| | 67-21/L7C-W3845W1X1B29/2T | 130, 159, 259 | 450 | 2 |
| | 67-21/LK2C-B28322C4CB2/2T | 95, 200, 288 | 490 | 2 |
| | 67-21/LK2C-B38454C6CB2/2T | 96, 199, 287 | 489 | 2 |
| | 67-21/LK2C-B45564C6CB2/2T | 65 | 514 | 2 |

# EXHIBIT 6 -'589 Accused Products – 67-21 (cont'd)

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claim |
|---|---|---|---|---|
| 67-21 | 67-21/LK2C-B50636C8CB2/2T | 66, 226, 308 | 515 | 2 |
| | 67-21/LK2C-B56704C6CB2/2T | 97, 198, 286 | 488 | 2 |
| | 67-21/LK2C-S5757B4B7B2/2T | 197, 285 | 487 | 2 |
| | 67-21/LK2C-S6565B4B7B2/2T | 177, 277 | 468 | 2 |
| | 67-21/QK2C-B28322C4CB2/2T | 99, 196, 284 | 486 | 2 |
| | 67-21/QK2C-B38452C4CB2/2T | 100, 195, 283 | 485 | 2 |
| | 67-21/QK2C-B50632C4CB2/2T | 102, 193, 281 | 484 | 2 |
| | 67-21/QK2C-B56702C4CB2/2T | 67, 227, 309 | 516 | 2 |
| | 67-21/T2C-YV2W2B22/2A0 | 187, 280 | 478 | 2 |
| | 67-21/T2C-YV2W2B22/2T | 109, 186, 279 | 477 | 2 |
| | 67-21/T2C-ZV1W2E/2T | 68, 228, 310 | 517 | 2 |
| | 67-21/T3C-EU1V2M/2A0 | 69, 229, 311 | 518 | 2 |
| | 67-21SUBC/S400-X9/TR8 | 113, 182 | 473 | 2 |
| | 67-21SUGC/S400-A4/TR8 | 145, 246 | 534 | 2 |
| | 67-21UKC/S3282/TR8-D | 115 | 471 | 2 |
| | 67-21UKC/S3341/TR8(ARM) | 140, 241, 322 | 529 | 2 |
| | 67-21UWC/S400-X8/TR8 | 71, 231, 313 | 519 | 2 |

# EXHIBIT 7 - '870 Accused Products – 61-238

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|
| 61-238  | 61-238/LK2C-B28322FAGB2/ET | 82, 213, 296 | 503, 542 | 2, 3, 10, and 11 |
| | 61-238/LK2C-B45568F6GB2/ET | 58, 218, 300 | 507 | 2, 3, 10, and 11 |
| | 61-238/LK2C-B50632FAGB2/ET | 59, 219, 301 | 508 | 2, 3, 10, and 11 |
| | 61-238/LK2C-B50638F6GB2/ET | 60, 220, 302 | 509 | 2, 3, 10, and 11 |
| | 61-238/LK2C-B56706F4GB2/ET | 83, 212, 295 | 502 | 2, 3, 10, and 11 |
| | 61-238/QK2C-B28322FAGB2/ET | 61, 221, 303 | 510 | 2, 3, 10, and 11 |
| | 61-238/QK2C-B45562FAGB2/ET | 62, 222, 304 | 511 | 2, 3, 10, and 11 |
| | 61-238/KK2C-S30306F4GB2/ET | 63, 223, 305 | 512 | 2, 3, 10, and 11 |
| | 61-238/KK2C-S40408F6GB2/ET | 64, 224, 306 | 513 | 2, 3, 10, and 11 |
| | 61-238/RSGBB7C-B02/ET | 214 | 504 | 2 and 3 |
| | 61-238/RSGBB7C-B02/ET(ARM) | 139, 240 | 528 | 2 and 3 |

# EXHIBIT 8 -'870 Accused Products – 67-11 and 67-21

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|
| 67-11 | 67-11/BHC-FQ2S1F/2T | 84, 211, 294 | 501, 541 | 2, 3, 9, 10, and 11 |
| | 67-11/GHC-AT2V1/2T | 210 | 500 | 2, 3, 9, 10, and 11 |
| | 67-11/T1C-FV2W2F/2T | 86, 209, 293 | 499 | 2, 3, 9, 10, and 11 |
| 67-21 | 67-21/B7C-AS2U1N/2T | 87, 208, 292 | 498, 540 | 2, 3, 10, and 11 |
| | 67-21/BHC-FP1Q2F/2T | 88, 207 | 497 | 2, 3, 10, and 11 |
| | 67-21/GBC-YV2W2N/2T | 89, 206 | 496 | 2, 3, 10, and 11 |
| | 67-21/GBC-YV2W2N/2A0 | 142, 243 | 531 | 2, 3, 10, and 11 |
| | 67-21/GHC-AS2U1B17Z/2T | 90, 205 | 495 | 2, 3, 10, and 11 |
| | 67-21/GHC-BV1/2T | 91, 204 | 494 | 2, 3, 10, and 11 |
| | 67-21/KK2C-S3030AC2CB2/2T | 92, 203, 291 | 493 | 2, 3, 10, and 11 |
| | 67-21/KK2C-S40402C4CB2/2T | 93, 202, 290 | 492 | 2, 3, 10, and 11 |
| | 67-21/KK2C-S4040AC2CB2/2T | 94, 201, 289 | 491 | 2, 3, 10, and 11 |
| | 67-21/L2C-W2630V2X1B29/2T | 129, 158, 258 | 449 | 2, 3, 10, and 11 |
| | 67-21/L7C-W3845W1X1B29/2T | 130, 159, 259 | 450 | 2, 3, 10, and 11 |
| | 67-21/LK2C-B28322C4CB2/2T | 95, 200, 288 | 490 | 2, 3, 10, and 11 |
| | 67-21/LK2C-B38454C6CB2/2T | 96, 199, 287 | 489 | 2, 3, 10, and 11 |
| | 67-21/LK2C-B45564C6CB2/2T | 65 | 514 | 2, 3, 10, and 11 |

# EXHIBIT 8 -'870 Accused Products – 67-21 (cont'd)

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|
| 67-21 | 67-21/LK2C-B50636C8CB2/2T | 66, 226, 308 | 515 | 2, 3, 10, and 11 |
| | 67-21/LK2C-B56704C6CB2/2T | 97, 198, 286 | 488 | 2, 3, 10, and 11 |
| | 67-21/LK2C-S5757B4B7B2/2T | 197, 285 | 487 | 2, 3, 10, and 11 |
| | 67-21/LK2C-S6565B4B7B2/2T | 177, 277 | 468 | 2, 3, 10, and 11 |
| | 67-21/QK2C-B28322C4CB2/2T | 99, 196, 284 | 486 | 2, 3, 10, and 11 |
| | 67-21/QK2C-B38452C4CB2/2T | 100, 195, 283 | 485 | 2, 3, 10, and 11 |
| | 67-21/QK2C-B50632C4CB2/2T | 102, 193, 281 | 484 | 2, 3, 10, and 11 |
| | 67-21/QK2C-B56702C4CB2/2T | 67, 227, 309 | 516 | 2, 3, 10, and 11 |
| | 67-21/T2C-YV2W2B22/2A0 | 187, 280 | 478 | 2, 3, 10, and 11 |
| | 67-21/T2C-YV2W2B22/2T | 109, 186, 279 | 477 | 2, 3, 10, and 11 |
| | 67-21/T2C-ZV1W2E/2T | 68, 228, 310 | 517 | 2, 3, 10, and 11 |
| | 67-21/T3C-EU1V2M/2A0 | 69, 229, 311 | 518 | 2, 3, 10, and 11 |
| | 67-21SUBC/S400-X9/TR8 | 113, 182 | 473 | 2, 3, 10, and 11 |
| | 67-21SUGC/S400-A4/TR8 | 145, 246 | 534 | 2, 3, 10, and 11 |
| | 67-21UKC/S3282/TR8-D | 115 | 471 | 2, 3, 10, and 11 |
| | 67-21UKC/S3341/TR8(ARM) | 140, 241, 322 | 529 | 2, 3, 10, and 11 |
| | 67-21UWC/S400-X8/TR8 | 71, 231, 313 | 519 | 2, 3, 10, and 11 |

# EXHIBIT 8 -'870 Accused Products – 67-21 (cont'd)

| Accused Product Series | | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|---|
| 67-21 | | 67-21-B3P-B3Q2R2M0C-2T8-AM | 144, 245, 324 | 533 | 2 and 3 |
| | | 67-21/R6C-AP2R1B/2T | 103, 192 | 483 | 2 and 3 |
| | | 67-21/R6C-FN2Q1BZ/2T | 104, 191 | 482 | 2 and 3 |
| | | 67-21/R6C-FS1U1B/2T | 105, 190 | 481 | 2 and 3 |
| | | 67-21/RSC-FT2V1B/2T | 106, 189 | 480 | 2 and 3 |
| | | 67-21/RSC-U1U2/2T | 143, 244 | 532 | 2 and 3 |
| | | 67-21/S2C-FQ2R2B/2T | 107, 188 | 479 | 2 and 3 |
| | | 67-21/Y2C-AS1T1/2T | 185 | 476 | 2 and 3 |
| | | 67-21/YSC-FU1U2B/2T | 111, 184 | 475 | 2 and 3 |
| | | 67-21/YSC-FU1V2B/2T | 183 | 474 | 2 and 3 |
| | | 67-21UBC/C430/TR8 | 114, 181 | 472 | 2 and 3 |
| | | 67-21UBC/A038/TR8/AM | 146, 247 | 535 | 2 and 3 |
| | | 67/21UYC/S530-A6/TR8 | 116 | 470 | 2 and 3 |
| | | 67-21UYC/S530-XX/TR8 | 117, 178 | 469 | 2 and 3 |
| | | QTLP670C4TR/QT67-21VGC/TR8 | 147, 248 | 536 | 2 and 3 |

# EXHIBIT 9 -'870 Accused Products – 62-217B and 62-227B

| Accused Product Series | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claims |
|---|---|---|---|---|
| 62-217B | 62-217B/KK2C-S2727PAQAB42Z15/2T | 131, 160, 260 | 451 | 2, 3, 10, and 11 |
| | 62-217B/KK2C-S3030P3P4B42Z12/2T | 132, 161, 261 | 452 | 2, 3, 10, and 11 |
| | 62-217B/KK2C-S3030QAR2B42Z15/2T | 72, 232, 314 | 520 | 2, 3, 10, and 11 |
| | 62-217B/KK2C-S5050QAR3B42Z15/2T(LOA) | 141, 242, 323 | 530 | 2, 3, 10, and 11 |
| | 62-217B/KK3C-H2727QAR3B42Z15/2T | 133, 162, 262 | 453 | 2, 3, 10, and 11 |
| | 62-217B/KK3C-H3030R1R4B42Z15/2T | 134 | 454 | 2, 3, 10, and 11 |
| | 62-217B/QK2C-S4040QAR1B42Z15/2T | 73, 233, 315 | 521 | 2, 3, 10, and 11 |
| 62-227B | 62-227B/KK2C-N3030N4P3S2Z6/2T | 74, 234, 316 | 522 | 2, 3, 10, and 11 |
| | 62-227B/KK2C-N4040N4P3S2Z6/2T | 119, 176, 276 | 467 | 2, 3, 10, and 11 |
| | 62-227B/KK2C-S3030P3P4B2Z12/2T | 75, 235, 317 | 523 | 2, 3, 10, and 11 |
| | 62-227B/LK2C-N3030N4P3S2Z6/2T | 175, 275 | 466 | 2, 3, 10, and 11 |
| | 62-227B/LK2C-N4040N4P3S2Z6/2T | 121, 174, 274 | 465 | 2, 3, 10, and 11 |
| | 62-227B/LK2C-N5757P3P4S2Z6/2T | 76, 236, 318 | 524 | 2, 3, 10, and 11 |
| | 62-227B/QK2C-S4040P3P4B2Z12/2T | 77, 237, 319 | 525 | 2, 3, 10, and 11 |
| | 62-227B/QK2C-S5757P4Q3B2Z12/2T | 78, 238, 320 | 526 | 2, 3, 10, and 11 |
| | 62-227B/QK2C-BY5670P3P4B42Z12/2T | 136, 165, 265 | 456 | 2, 3, 10, and 11 |
| | 62-227B/KK2C-SY2727N4P3GZ12/2T | 135, 164, 264 | 455 | 2, 3, 10, and 11 |
| | 62-227B/QK2C-S6565P4Q3B2Z12/2T | 138, 216, 298 | 505 | 2, 3, 10, and 11 |

# EXHIBIT 10 - Infringement: '870 Accused Products

| Accused Product Series | | Accused Products | Sample (PPX) | IAL/TAEUS Report (PTX) | Asserted Claim |
|---|---|---|---|---|---|
| EHP-A09K | | EHP-A09K-BRTT-5670HDBEBD9K-1T8-AM | 57, 81, 217, 299 | 506 | 9 |