**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NICHIA CORPORATION,<br>        Plaintiff,<br>    v.<br><br>EVERLIGHT ELECTRONICS CO., LTD.,<br>EVERLIGHT AMERICAS, INC., ZENARO<br>LIGHTING, INC. and ZITROZ LLC,<br><br>        Defendants. | Case No. 02:13-cv-702-JRG |

**ORDER GRANTING
PLAINTIFF NICHIA CORPORATION'S MOTION
FOR LEAVE TO FILE AMENDED POST-TRIAL PROPOSED
FINDINGS OF FACT AND CONCLUSIONS OF LAW (DKT. NO. 179)**

Plaintiff Nichia Corporation has moved this Court, by and through counsel, for leave to file an amended version of Nichia's Post-Trial Proposed Findings of Fact and Conclusions of Law. (Dkt. No. 179).  Defendants do not oppose Plaintiff's motion.  The proposed amendments to Nichia's original submission are set forth in its motion.  After considering Plaintiff's and all other matters of record, IT IS HEREBY

ORDERED that Plaintiff's motion be, and it hereby is, GRANTED; and

ORDERED that Plaintiff file within seven (7) days of this Order Plaintiff Nichia Corporation's Amended Post-Trial Proposed Findings of Fact and Conclusions of Law, which will include the amendments reflected in Plaintiff's motion.

**So Ordered and Signed on this**

**Jun 26, 2015**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE