UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NICHIA CORPORATION, | § |
| Plaintiff, | § |
| v. | § Case No. 02:13-cv-702-JRG |
| EVERLIGHT ELECTRONICS CO., LTD., EVERLIGHT AMERICAS, INC., ZENARO LIGHTING, INC. and ZITROZ LLC, | § |
| Defendants. | § |

## JUDGMENT

A three-day bench trial commenced in this case on May 11, 2015. Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Court's January 25, 2016 Memorandum Opinion and Order setting forth its Findings of Fact and Conclusions of Law, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. Defendants Everlight Electronics Co., Ltd. and Everlight Americas, Inc. (collectively, "Defendants") infringe claims 1 and 2 of United States Patent No. 7,432,589 ("'589 patent"), claims 2, 3, 9, 10, and 11 of United States Patent No. 7,462,870 ("'870 patent"), and claims 1, 7, 17, 19, and 21 of United States Patent No. 8,530,250 ("'250 patent").

2. The asserted claims are not invalid.

3. Plaintiff Nichia Corporation ("Plaintiff") has not established that it has been irreparably harmed and that money damages could not fairly compensate it. Therefore, no injunctive relief is proper in this case. Plaintiff's request for a permanent injunction is **DENIED**..

2

Further, the Parties are **ORDERED** to meet and confer and thereafter file a Joint Status Report on the issue of any potentially recoverable monetary damages in this case and in light of the above rulings. Such Joint Status Report shall be filed on or before fourteen (14) days of this Judgment.

**So ORDERED and SIGNED this 25th day of January, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE